

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00635-CV

**STATE OF TEXAS** on behalf of the Criminal District Attorney for Bexar County, Jonathan Watkins, and Thomas Velez, all in their official capacities,
Appellants

v.

Stephen F. **BROWN**, Jr,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05810
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The State of Texas, on behalf of the Bexar County District Attorney's Office, Jonathan Watkins, and Thomas Velez, appeals the trial court's June 2, 2014 and September 16, 2014, orders granting sanctions. On December 31, 2014, this court issued an opinion and order in a related mandamus proceeding in which we held the challenged orders are void and directed the trial court to vacate the orders. [1] On January 12, 2015, the trial court signed an order vacating the orders that are the subject of this appeal.

The parties may file, no later than **January 26, 2015**, a response showing cause why this appeal should not be dismissed for lack of jurisdiction because it is moot.

_____
Luz Elena D. Chapa, Justice

---

[1] *In re Bexar County Criminal District Attorney's Office, Jonathan Watkins, and Thomas Velez*, 04-14-00804-CV, 2014 WL 7437648 (Tex. App.—San Antonio Dec. 31, 2014, orig. proceeding) (mem. op.).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.



Keith E. Hottle
Clerk of Court